■ BENDERSON DEVELOPMENT COMPANY, INC., Respondent, v LITTON BUSINESS SYSTEMS, INC., Appellant. (Appeal No. 1.) — Appeal unanimously dismissed, without costs, as moot. (Appeal from order of Supreme Court, Erie County, Broughton, J. — restore to calendar.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.